# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-073-JCC |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ALBERT EUGENE WHITE, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:    Social Security Representative Payee Fraud

<u>Date of Detention Hearing</u>:    April 3, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged by information with converting social security payments that he accepted on behalf of a minor to an unauthorized use. He was brought to this Court pursuant

to a Writ of Habeas Corpus ad Prosequendum, having been previously detained at the Washington State Corrections Center in Shelton, Washington.

(2) The issue of detention is essentially moot, since defendant would be re-transferred to state custody if not detained by this Court.

(3) Defendant does not oppose entry of an order of detention.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of April, 2009.

                                        /s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge